THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Steve McIntosh, Appellant,
 
 
 

v.

 
 
 
 Kay Hatley
 McIntosh, Respondent.
 
 
 

Appeal From Horry County
 Wylie H. Caldwell, Jr., Family Court
Judge

Unpublished Opinion No.  2012-UP-156  
 Submitted February 1, 2012  Filed March
7, 2012

AFFIRMED

 
 
 
 Steve McIntosh, of Oak Island, pro se.
 Kay Hatley McIntosh, of Pawley's Island, pro se.
 
 
 

PER CURIAM:  Steve McIntosh (Husband) appeals the
 family court's order requiring him to pay Kay Hatley McIntosh $1,000.00 per
 month in permanent periodic alimony.  Husband argues the family court erred in
 determining he was capable of earning income in addition to his social security
 benefits.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Rule 210(h),
 SCACR ("[T]he appellate court will not consider any fact which does not
 appear in the Record on Appeal."); Smith v. Smith, 386 S.C. 251,
 266, 687 S.E.2d 720, 728 (Ct. App. 2009) (noting that "the appealing party
 has the burden of providing a sufficient record" for appellate review).  
AFFIRMED.
WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.